1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   DENNIS J. HERMAN (220163)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  swilliams@csgrr.com
          – and –
6  DARREN J. ROBBINS (168593)
   DAVID C. WALTON (167268)
7  CATHERINE J. KOWALEWSKI (216665)
   655 West Broadway, Suite 1900
8  San Diego, CA  92101
   Telephone:  619/231-1058
9  619/231-7423 (fax)
   darrenr@csgrr.com
10 davew@csgrr.com
   katek@csgrr.com
11
   Attorneys for Plaintiff
12
   [Additional counsel appear on signature page.]
13

14               UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 ROSENBAUM CAPITAL LLC, Individually   )   Case No. C-07-4096 SI
   and On Behalf of All Others Similarly Situated,)
                                          )   CLASS ACTION
18                        Plaintiff,      )
                                          )   NOTICE OF APPEARANCE OF COUNSEL
19      vs.                               )
                                          )
20 LUMINENT MORTGAGE CAPITAL, INC.,       )
   et al.,                                )
21                                        )
                          Defendants.     )
22 _____)

23

24

25

26

27

28

1      Please note the appearance of the undersigned Dennis J. Herman of Coughlin Stoia Geller

2   Rudman & Robbins LLP, 100 Pine Street, Suite 2600, San Francisco, California 94111, phone

3   number (415) 288-4545, email: Dennish@csgrr.com, as additional counsel on behalf of plaintiffs in

4   this action.   The undersigned respectfully requests to be included via email on the Court's

5   notification of all electronic filings in this action.

6   DATED:  September 14, 2007                COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
7                                             SHAWN A. WILLIAMS
                                              DENNIS J. HERMAN
8

9
                                                     s/ Dennis J. Herman
10                                               DENNIS J. HERMAN

11                                            100 Pine Street, Suite 2600
                                              San Francisco, CA  94111
12                                            Telephone:  415/288-4545
                                              415/288-4534 (fax)
13
                                              COUGHLIN STOIA GELLER
14                                              RUDMAN & ROBBINS LLP
                                              DARREN J. ROBBINS
15                                            DAVID C. WALTON
                                              CATHERINE J. KOWALEWSKI
16                                            655 West Broadway, Suite 1900
                                              San Diego, CA  92101
17                                            Telephone:  619/231-1058
                                              619/231-7423 (fax)
18
                                              LAW OFFICES OF MARC S. HENZEL
19                                            MARC S. HENZEL
                                              273 Montgomery Avenue, Suite 202
20                                            Bala Cynwyd, PA  19004
                                              Telephone:  610/660-8000
21                                            610/660-8080 (fax)

22                                            Attorneys for Plaintiff

23   T:\CasesSF\Luminent\NOT00045496.doc

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL - C-07-4096 SI                                    - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on September 14, 2007, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on September 14, 2007.

9

        s/ Dennis J. Herman
10        DENNIS J. HERMAN

11
        COUGHLIN STOIA GELLER
12          RUDMAN & ROBBINS LLP
        100 Pine Street, 26th Floor
13      San Francisco, CA  94111
        Telephone:  415/288-4545
14      415/288-4534 (fax)

15
        E-mail:  Dennish@csgrr.com
16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-04096-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sc

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Catherine J Kowalewski**
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**David C. Walton**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301