1  MICHAEL L. RUGEN (Bar No. 85578)
   HELLER EHRMAN LLP
2  333 Bush Street
   San Francisco, California 94104-2878
3  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
4  Michael.Rugen@hellerehrman.com

5  Attorneys for Defendant Luminent Mortgage Capital, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>               Defendants. | Case No.: 3:07-cv-4096 SI<br><br>**NOTICE OF APPEARANCE BY COUNSEL FOR DEFENDANT LUMINENT MORTGAGE CAPITAL, INC.** |

Heller Ehrman LLP

NOTICE OF APPEARANCE BY COUNSEL FOR LUMINENT MORTGAGE CAPITAL, INC.: CASE NO. 3:07-CV-4096 SI

1  TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael L. Rugen of the law firm of Heller Ehrman LLP hereby appears as counsel of record for Defendant Luminent Mortgage Capital, Inc. in the above-captioned case. Copies of all pleadings, papers and notices should be served as follows:

>Michael L. Rugen
>Heller Ehrman LLP
>333 Bush Street
>San Francisco, California 94104-2878
>Telephone: (415) 772-6000
>Facsimile: (415) 772-6268
>Michael.Rugen@hellerehrman.com.

DATED:  September 26, 2007         HELLER EHRMAN LLP

By _____/s/_____
        Michael L. Rugen

Attorneys for Defendant
LUMINENT MORTGAGE CAPITAL, INC.