**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: info@glancylaw.com

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY 10016
Telephone: (212) 779-1414

Attorneys for Movant District No. 9

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, *Individually and on behalf of all others similarly situated*,<br><br>                    Plaintiff,<br><br>vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>                    Defendants. | CASE NO.: 3:07-cv-04096-PJH<br><br>NOTICE OF MOTION OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINSTS & AEROSPACE WORKERS PENSION TRUST FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL<br><br>Date: November 14, 2007<br>Time: 9:00 a.m.<br>Ctrm: 3 |

| | |
|---|---|
| HOWARD J. KAPLOWITZ IRA, *Individually and on behalf of all others similarly situated*,<br><br>                    Plaintiff,<br><br>         vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>                    Defendants. | CASE NO.: 3:07-cv-04140-PJH |

-----------------------------------------------------------------x

| | |
|---|---|
| ELLIOT GREENBERG, *Individually and on behalf of all others similarly situated*,<br><br>                    Plaintiff,<br><br>         vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>                    Defendants. | CASE NO.: 3:07-cv-04141-PJH |

| | | |
|---|---|---|
| PEM RESOURCES LP, *Individually and on behalf of all others similarly situated* <br><br> Plaintiff, <br><br> vs. <br><br> LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO.: 3:07-cv-04184-PJH |
| ------------------------------------------------------------x | | |
| ALLEN M. METZGER, *Individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO.: 3:07-cv-04686-PJH |

PLEASE TAKE NOTICE that class member District No. 9, International Association of Machinists and Aerospace Workers Pension Trust ("Movant") hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, at the United States District Court for the Northern

District of California, located at 450 Golden Gate Ave., Courtroom 3, San Francisco, CA 94102, before the Honorable Phyllis J. Hamilton, November 14, 2007, at 9:00 a.m., for an Order: (a) consolidating the related cases; (b) appointing Movant to serve as lead plaintiff; and (c) approving Movant's choice of counsel.

In support of its motion, Movant submits: (a) a Memorandum of Law, dated October 9, 2007; (b) a Declaration of Michael Goldberg, Esq., dated October 9, 2007; and (c) a (Proposed) Order granting Movant's motion for consolidation of related cases, appointment as lead plaintiff, and approval of counsel.

DATED: October 9, 2007

Respectfully submitted,

/s/ *Michael Goldberg*

_____

Lionel Z. Glancy
Michael Goldberg
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**Liaison Counsel for Movant**

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Attorneys for District No. 9