|   |   |
|---|---|
| 1 | **GLANCY BINKOW & GOLDBERG LLP** |
|   | Lionel Z. Glancy (#134180) |
| 2 | Michael Goldberg (#188669) |
| 3 | 1801 Avenue of the Stars, Suite 311 |
|   | Los Angeles, CA 90067 |
| 4 | Telephone: (310) 201-9150 |
|   | Email: info@glancylaw.com |
| 5 |   |
| 6 | **BERNSTEIN LIEBHARD & LIFSHITZ, LLP** |
|   | Sandy A. Liebhard |
| 7 | Joseph R. Seidman, Jr. |
|   | 10 E. 40th Street |
| 8 | New York, NY 10016 |
|   | Telephone: (212) 779-1414 |
| 9 |   |
| 10 | Attorneys for Movant District No. 9 |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

------------------------------------------------------------x

| ROSENBAUM CAPITAL LLC, *Individually and on behalf of all others similarly situated*, | ) | CASE NO.: 3:07-cv-04096-PJH |
|---|---|---|
|  | ) |  |
|  | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) |  |
|  | ) | Date: November 14, 2007 |
|  | ) | Time: 9:00 a.m. |
| vs. | ) | Ctrm: 3 |
|  | ) |  |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |

------------------------------------------------------------x

CERTIFICATE SERVICE
CASE NO.: 3:07-cv-04096-PJH                                                                                                1

| | |
|---|---|
| ------------------------------------------------------------x<br>HOWARD J. KAPLOWITZ IRA, *Individually*<br>*and on behalf of all others similarly situated*,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC.,<br>GAIL P. SENECA, SEWELL TREZEVANT<br>MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>　　　　　　　　Defendants.<br>------------------------------------------------------------x | CASE NO.: 3:07-cv-04140-PJH |
| ELLIOT GREENBERG, *Individually and on*<br>*behalf of all others similarly situated*,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC.,<br>GAIL P. SENECA, SEWELL TREZEVANT<br>MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>　　　　　　　　Defendants.<br>------------------------------------------------------------x | CASE NO.: 3:07-cv-04141-PJH |

CERTIFICATE OF SERVICE
CASE NO.: 3:07-cv-04096-PJH                                                                 2

|   |   |   |
|---|---|---|
| 1 | ------------------------------------------------------------------x |   |
| 2 | PEM RESOURCES LP, *Individually and on behalf of all others similarly situated*, ) ) | CASE NO.: 3:07-cv-04184-PJH |
| 3 | ) |   |
| 4 | Plaintiff, ) ) |   |
| 5 | vs. ) ) |   |
| 6 | LUMINENT MORTGAGE CAPITAL, INC., ) |   |
| 7 | GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, ) ) |   |
| 8 | ) |   |
| 9 | Defendants. ) |   |
|   | ------------------------------------------------------------------x |   |
| 10 | ALLEN M. METZGER, *Individually and on behalf of all others similarly situated*, ) ) | CASE NO.: 3:07-cv-04686-PJH |
| 11 | ) |   |
| 12 | Plaintiff, ) ) |   |
| 13 | vs. ) ) |   |
| 14 | ) |   |
| 15 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT ) ) |   |
| 16 | MOORE, JR., and CHRISTOPHER J. ZYDA, ) ) |   |
| 17 | Defendants. ) |   |
| 18 | ------------------------------------------------------------------x |   |
| 19 |   |   |
| 20 |   |   |
| 21 |   |   |
| 22 |   |   |
| 23 |   |   |
| 24 | CERTIFICATE OF SERVICE<br>CASE NO.: 3:07-cv-04096-PJH | 3 |

1
2
3

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES
AND ECF GENERAL ORDER NO. 45
<u>AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES</u>**

4  I, the undersigned, say:

5   I am a citizen of the United States and am employed in the office of a member
6  of the Bar of this Court. I am over the age of 18 and not a party to the within action.
   My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California
7  90067.

8   On October 9, 2007, I served the following by posting such documents
   electronically to the ECF website of the United States District Court for the Northern
9  District of California on all ECF-registered parties in the action:

10
| Shawn A. Williams<br>Coughlin Stoia Geller Rudman and Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco. CA 94111 | Alan R. Plutzik<br>Schiffrin Barroway Topaz & Kessler, LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598 |
|---|---|
| Patrice L. Bishop<br>Stull, Stull & Brody<br>10940 Wilshire Boulevard<br>Suite 2300<br>Los Angeles, CA 90024 | Julie Juhyun Bai<br>Berman DeValereio Pease Tabacco Burt & Pucillo<br>425 California Street<br>Suite 2100<br>San Francisco, CA 94104-2205 |

19
20         /s/
           _____
21         MICHAEL GOLDBERG
22
23
24
CERTIFICATE SERVICE
CASE NO.: 3:07-cv-04096-PJH                                                  4