ORIG'NAL

FILED
07 OCT -9 PM 3:

1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:    415-433-3200
5  Facsimile:    415-433-6382

6  *Local Counsel*

7  Richard Bemporad
   E-mail: rbemporad@lowey.com
8  David C. Harrison
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York 10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 *Attorneys for Movant Southern*

14
                    **UNITED STATES DISTRICT COURT**
15
                   **NORTHERN DISTRICT OF CALIFORNIA**
16

17

18 | JOSEPH LEONE, Individually And On Behalf of
   | All Others Similarly Situated,                          3:07-cv-04073-PJH

19 |                                                         **CLASS ACTION**
   |                          Plaintiff,
20 |                                                         **APPLICATION FOR ADMISSION**
   |                          vs.                            **OF RICHARD BEMPORAD AS**
21 |                                                         **ATTORNEY *PRO HAC VICE***
   | S. TREZEVANT MOORE JR., CHRISTOPHER
22 | J. ZYDA, ELEANOR CORNFIELD MELTON,
   | RONALD VIERA, DIMITRIOS
23 | PAPATHEOHARIS, AND LUMINENT
   | MORTGAGE CAPITAL, INC.,
24 |
   |                          Defendants.
25

26 [caption continued on next page]

27

28 [3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF RICHARD BEMPORAD AS ATTORNEY *PRO HAC
   VICE*
   2031 / ORD / 00084291.WPD v1

| | | |
|---|---|---|
| 1 | | |
| 2 | ROSENBAUM CAPITAL LLC, Individually and On Behalf of all others similarly situated, | 3:07-cv-04096-PJH |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | LUMINENT MORTGAGE CAPITAL, INC., GAIL | |
| 6 | P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA, | |
| 7 | Defendants. | |
| 8 | | |
| 9 | HOWARD J KAPLOWITZ IRA, Individually and On Behalf of all others similarly situated, | 3:07-cv-04140-PJH |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | vs. | |
| 13 | LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE JR., and CHRISTOPHER | |
| 14 | J. ZYDA, | |
| 15 | Defendants. | |
| 16 | | |
| 17 | ELLIOT GREENBERG, Individually and On Behalf of all others similarly situated | 3:07-cv-04141-PJH |
| 18 | Plaintiff, | |
| 19 | vs. | |
| 20 | LUMINENT MORTGAGE CAPITAL, INC., GAIL | |
| 21 | P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA, | |
| 22 | Defendants. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | [3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF RICHARD BEMPORAD AS ATTORNEY *PRO HAC VICE* | |

2031 / ORD / 00084291.WPD v1

| | |
|---|---|
| PEM RESOURCES LP, Individually and On Behalf of all others similarly situated | 3:07-cv-04184-PJH |
| Plaintiff, | |
| vs. | |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA, | |
| Defendants. | |

| | |
|---|---|
| ALLEN M. METZGER, Individually and On Behalf of all others similarly situated | 3:07-cv-04686-PJH |
| Plaintiff, | |
| vs. | |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE JR., and CHRISTOPHER J. ZYDA, | |
| Defendants. | |

I, Richard Bemporad, hereby apply for permission to appear *pro hac vice* before this Court in the above-captioned matter, and declare that:

1.     I am a member of the law firm of Lowey Dannenberg Bemporad Selinger & Cohen, P.C. ("LDBSC"), counsel for Southern Improvement Co., VSA Inc., and Allen Dayton in this litigation. My business address is One North Broadway, White Plains, New York 10601-2310.

2.     I am an active member in good standing of the bar of the highest court of the State of New York.

3.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-3 of the United States District Court for the Northern District of California.

1      4.    Serving as LDBSC's local counsel is:

2              Joseph J. Tabacco, Jr. (SBN 75484)
               BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
3              425 California Street, Suite 2100
               San Francisco, California 94104
4              Telephone:    415-433-3200
               Facsimile:     415-433-6382

5
an active member in good standing of the State Bar of California and the bar of the United States
6
District Court for the Northern District of California.
7
I declare under penalty of perjury under the laws of the United States of America that the
8
foregoing is true and correct. Executed in White Plains, New York, on this 8th day of October,
9
2007.
10

11                                                    _____
                                                       Richard Bemporad
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    [3:07-CV-04073-PJH] APPLICATION FOR ADMISSION OF RICHARD BEMPORAD AS ATTORNEY *PRO HAC
      VICE*
      2031 / ORD / 00084291.WPD v1                    2