SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077758)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

*Attorneys for Plaintiffs*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIP P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>Defendants. | No. 3:07-cv-04096-PJH<br><br>PROOF OF SERVICE |

[Captions Continued on Next Page]

| | | |
|---|---|---|
| 1 | | |
| 2 | PEM RESOURCES LP, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-cv-04184-PJH |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | HOWARD J. KAPLOWITZ IRA, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-CV-04140-PJH |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE, JR. and CHRISTOPHER J. ZYDA, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-cv-04141-PJH |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | ALLEN M. METZGER, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-cv-04686-PJH |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On October 10, 2007, I served the within documents:

**NOTICE OF MOTION AND MOTION OF RONALD LARSON TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**DECLARATION OF ALAN R. PLUTZIK IN SUPPORT OF THE MOTION OF RONALD LARSON TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF RONALD LARSON TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

[x]  by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

[ ]  by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

[ ]  By causing personal delivery of a copy of the document(s) listed above to the person(s) as set forth below.

[ ]  by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ]  By pdf transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

Patrice L. Bishop
Stull Stull & Brody
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024
service@ssbla.com

Jeffrey S. Abraham
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119
jabraham@aftlaw.com

Marc. S. Henzel
Law Offices of Marc S. Henzel
273 Montogmery Ave., Suite 202
Bala Cynwyd, PA 19004

Curtis V. Trinko
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY 10036

Nicole Catherine Lavallee
Berman DeValerio Pease Tabacco Burt & Pu
425 California Street, Suite 2100
San Francisco, CA 94104-2205
nlavallee@bermanesq.com

Gail P. Seneca
Sewell Trezevant Moore, Jr.
Christopher J. Zyda
c/o Luminent Mortgage Capital Inc.
101 California Street, Suite 1350
San Francisco, CA 94111

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on October 10, 2007, at Walnut Creek, California.

*Peggy Toovey*
Peggy Toovey