SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE LUMINENT MORTGAGE CAPITAL, INC. SECURITIES LITIGATION | No. C 07-4073 PJH <br><br> <u>CLASS ACTION</u> |
|---|---|
| ROSENBAUM CAPITAL LLC, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, <br><br> Defendants. | No. 3:07-cv-04096-PJH <br><br> NOTICE OF WITHDRAWAL AND REFILING, PURSUANT TO COURT ORDER, OF MOTION TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE: November 21, 2007 <br> TIME: 9:00 a.m. <br> COURTROOM: 3 <br> JUDGE: Hon. Phyllis J. Hamilton |

[Captions Continued on Next Page]

---

NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF RONALD LARSON TO CONSOLIDATE
ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION
OF LEAD COUNSEL
CASE NO. 3:07-cv-04096-PJH

| | | |
|---|---|---|
| 1 | | |
| 2 | PEM RESOURCES LP, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-cv-04184-PJH |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | HOWARD J. KAPLOWITZ IRA, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-CV-04140-PJH |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | LUMINENT MORTGAGE CAPITAL, INC., S. TREZEVANT MOORE, JR. and CHRISTOPHER J. ZYDA, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | ELLIOT GREENBERG, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:07-cv-04141-PJH |
| 16 | | |
| 17 | Plaintiff, | |
| | v. | |
| 18 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | ALLEN M. METZGER, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:07-cv-04686-PJH |
| 22 | | |
| 23 | Plaintiff, | |
| | v. | |
| 24 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF RONALD LARSON TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
CASE NO. 3:07-cv-04096-PJH

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

On October 9, 2007, Plaintiff Ronald Larson filed a Motion to Consolidate Actions, to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel, along with a Declaration of Alan R. Plutzik in Support of the Motion of Ronald Larson to Consolidate Actions, to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel in the following actions:

| | |
|---|---|
| Rosenbaum Capital LLC v. Luminent, et al. | Action No. 3:07-cv-04096-PJH |
| PEM Resources v. Luminent, et al. | Action No. 3:07-cv-04184-PJH |
| Howard J. Kaplowitz Ira v. Luminent, et al. | Action No. 3:07-cv-04140-PJH |
| Elliot Greenberg v. Luminent, et al. | Action No. 3:07-cv-04141-PJH |
| Allen M. Metzger v. Luminent, et al. | Action No. 3:07-cv-04686-PJH |

On October 10, 2007, the Court issued its Order Consolidating Cases in which the Court directed that in cases other than the consolidated action, the motions for appointment of lead counsel shall be withdrawn.

Pursuant to the Court's October 10, 2007 Order, Plaintiff Ronald Larson hereby withdraws his Motion to Consolidate Actions, to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel filed in the above-referenced actions and gives notice that the Motion is being refiled on October 16, 2007 in the following action:

In Re Luminent Mortgage Capital, Inc., Securities Litigation, Case No. C07-4073 PJH

Dated: October 16, 2007                          Respectfully submitted,

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP

/s/Alan R. Plutzik
Alan R. Plutzik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Alan R. Plutzik, Of Counsel
SCHIFFRIN, BARROWAY
 TOPAZ & KESSLER, LLP
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

NOTICE OF WITHDRAWAL AND REFILING OF MOTION OF RONALD LARSON TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
CASE NO. 3:07-cv-04096-PJH