1  **GLANCY BINKOW & GOLDBERG LLP**
2  Lionel Z. Glancy (#134180)
   Michael Goldberg (#188669)
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, CA 90067
4  Telephone: (310) 201-9150
5  Email: info@glancylaw.com

6  **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
   Sandy A. Liebhard
7  Joseph R. Seidman, Jr.
8  10 E. 40th Street
   New York, NY 10016
9  Telephone: (212) 779-1414

10 Attorneys for Movant District No. 9

11
12 **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**
13

| ROSENBLUM CAPITAL LLC, Individually and on behalf of all others similarly situated, | NO.: 3:07-cv-04096-PJH |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL OF MOTION OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS PENSION TRUST FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL |
| vs. | |
| LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| Defendants. | |
| | Date: November 14, 2007
Time: 9:00 a.m.
Ctrm: 3
Hon. Phyllis J. Hamilton |

[Captions Continued on Following Pages]

| | | |
|---|---|---|
| 1 | HOWARD J. KAPLOWITZ IRA, Individually and on behalf of all others similarly situated, | NO.: 3:07-cv-04140-PJH |
| 2 | | |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | vs. | |
| 6 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | ELLIOT GREENBERG, Individually and on behalf of all others similarly situated, | NO.: 3:07-cv-04141-PJH |
| 11 | | |
| 12 | Plaintiff, | |
| 13 | vs. | |
| 14 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |
| 18 | PEM RESOURCES LP, Individually and on behalf of all others similarly situated | No.: 3:07-cv-04184-PJH |
| 19 | | |
| 20 | Plaintiff, | |
| 21 | | |
| 22 | vs. | |
| 23 | LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA, | |
| 24 | | |
| 25 | | |
| 26 | Defendant. | |
| 27 | [Captions Continued on Following Page] | |
| 28 | | |

| | |
|---|---|
| ALLEN M. METZGER, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>LUMINENT MORTGAGE CAPITAL, INC., GAIL P. SENECA, SEWELL TREZEVANT MOORE, JR., and CHRISTOPHER J. ZYDA,<br><br>              Defendant. | NO.: 3:07-cv-04686-PJH |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      PURSUANT TO THIS COURT'S ORDER CONSOLIDATING CASES, dated October 10, 2007, p. 2, line 28 through p. 3, lines 1-4[1]:

      PLEASE TAKE NOTICE that class member District No. 9, International Association of Machinists and Aerospace Workers Pension Trust, hereby withdraws its Motion, Docket No. 14, filed October 9, 2007, for Consolidation of the Related Actions, Appointment as Lead Plaintiff and for Approval of Lead Counsel.

Dated: October 17, 2007        Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

         /s/ *Michael Goldberg*
By_____
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:   (310) 201-9160

---

[1] "All motions for appointment of lead plaintiff and lead plaintiff's counsel, previously filed in any of the above-entitled actions, shall be WITHDRAWN by the parties that filed such motions, and shall be re-filed in the consolidated action C 07-4073 PJH, no later than Wednesday, October 17, 2007. ..."

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY 10016
Telephone: (212) 779-1414

Attorneys for District No. 9