

1

2    **GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy (#134180)
3    Michael Goldberg (#188669)
1801 Avenue of the Stars, Suite 311
4    Los Angeles, CA 90067
Telephone: (310) 201-9150
5    Email: info@glancylaw.com

6    **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
7    Joseph R. Seidman, Jr.
10 E. 40th Street
8    New York, NY  10016
Telephone: (212) 779-1414

9

10   Attorneys for Movant District No. 9

11                    **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

12
     --------------------------------------------------------------x
13   ROSENBLUM CAPITAL LLC                      )    CASE NO.:  3:07-CV-4096
                                                )    PJH
14                    V.                         )
                                                )    **CERTIFICATE OF**
15   LUMINENT MORTGAGE CAPITAL, INC.,           )    **SERVICE RE NOTICE OF**
     ET AL.                                     )    **WITHDRAWAL OF**
16                                              )    **MOTION FOR**
                                                )    **APPOINTMENT OF LEAD**
17                                              )    **PLAINTIFF IN 07-4096**
                                                )    **ONLY**
18                                              )
                                                )    Date: November 21, 2007
19                                              )    Time: 9:00 a.m.
                                                )    Ctrm: 3
20                                              )
                                                )
21                                              )
                                                )
22   --------------------------------------------------------------x

23

24
     CERTIFICATE SERVICE
     CASE NO.: 3:07-cv-04096-PJH                                              1

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES**
**AND ECF GENERAL ORDER NO. 45**
**AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On October 17, 2007, I served the following documents:

NOTICE OF WITHDRAWAL OF MOTION OF DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINSTS & AEROSPACE WORKERS PENSION TRUST FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL

by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California on all ECF-registered parties in the action; and on the following:

| | |
|---|---|
| Shawn A. Williams<br>Coughlin Stoia Geller Rudman<br>and Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco. CA 94111 | Alan R. Plutzik<br>Schiffrin Barroway Topaz &<br>Kessler, LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598 |
| Patrice L. Bishop<br>Stull, Stull & Brody<br>10940 Wilshire Boulevard<br>Suite 2300<br>Los Angeles, CA 90024 | Julie Juhyun Bai<br>Berman DeValereio Pease<br>Tabacco Burt & Pucillo<br>425 California Street<br>Suite 2100<br>San Francisco, CA 94104-2205 |

/s/
***Daniel C. Rann***

_____
Daniel C. Rann

CERTIFICATE SERVICE
CASE NO.: 3:07-cv-04096-PJH                                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24